# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>TONI DENISE DANIELS,<br><br>    Defendants. | Case No.:  CR 14-0170 CW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE TO OCTOBER 25, 2016 AND FURTHER EXAMINATION** |

  This matter is currently set for a status conference on a further competency hearing, on October 4, 2016, at 2:00 p.m.  The parties jointly request that the status conference be continued until October 25, 2016, at 2:00 p.m.

  Since the last calling of this case, the parties have meet and conferred several times regarding Ms. Daniels' competency issues.  The parties also jointly met with and interviewed Dr. Graves-Matthews, Ms. Daniels' treating psychiatrist.  The parties also agreed that Ms. Daniels should have a further examination by Dr. John Chamberlin, M.D., a psychiatrist recommended by Pretrial Services, for analysis on particular issues, including the possible onset of dementia.  Mr. Chamberlin has been delayed in finishing his report and getting his

JOINT STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE
TO OCTOBER 25, 2016 AND FURTHER EXAMINATION [Case No.: CR 14-0170 CW]

1

1  report to the parties.  As such, a status conference on this matter is premature until the parties
2  have an opportunity to consider Dr. Chamberlin's report.  All of these actions taken by the
3  parties are in the hopes of and attempt to either eliminate the need of a competency hearing or
4  at a minimum, to narrow the issues presented and argued at any such hearing.
5      A continuance to October 25, 2016, should allow Dr. Chamberlin to complete his review
6  and report and to allow the parties to meet and confer thereafter.
7      As such, the parties jointly request and stipulate that the status conference, currently set
8  for October 4, 2016, be vacated.  The matter should be set for a status conference on a further
9  competency hearing, on October 25, 2016, at 2:00 p.m.  At that time, the parties will appear
10 and be prepared to discuss with the Court what issues exist as to Ms. Daniels' competency
11 and if and when a hearing would be practical.
12     The parties further stipulate that time should be excluded pursuant to 18 U.S.C.
13 § 3161(h)(1)(A) (delay resulting from proceedings to determine mental competency).
14 SO STIPULATED:

BRIAN STRETCH
Acting United States Attorney

Dated: September 26, 2016      _____/s/_____
KESLIE STEWART
Assistant United States Attorneys

Dated: September 26, 2016      _____/s/_____
EDWIN PRATHER
Attorney for Defendant
TONI DENISE DANIELS

## [~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING and per the parties' stipulation, the competency hearing status conference shall be continued from October 4, 2016, to October 25, 2016, at 2:00 p.m.

Based on the parties' stipulation and the nature of these proceedings and delay, time is excluded from the Speedy Trial Act calculations until October 25, 2016, pursuant to 18 U.S.C. § 3161(h)(1)(A) (delay resulting from proceedings to determine mental competency).

IT IS SO ORDERED.

Dated: 9/28/16

HON. CLAUDIA WILKEN
SENIOR U.S. DISTRICT JUDGE